UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    SCOT J KINTZ  
    MAUREEN A KINTZ  
        Debtor(s)

Case No. 08-26627

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/03/2008.

2) The plan was confirmed on 12/10/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/23/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/08/2011, 08/07/2013.

5) The case was completed on 08/20/2013.

6) Number of months from filing to last payment: 59.

7) Number of months case was pending: 61.

8) Total value of assets abandoned by court order: $0.00.

9) Total value of assets exempted: $5,560.00.

10) Amount of unsecured claims discharged without payment: $8,070.87.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $58,174.00 |
| Less amount refunded to debtor | $2,242.83 |

**NET RECEIPTS:** $55,931.17

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,994.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,537.51 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,531.51

Attorney fees paid and disclosed by debtor:   $506.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFNI/VERIZON WIRELESS | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |
| ASSOC ANESTHESIOLOGISTS JOLIET | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| ASSOC PATHOLOGISTS OF JOLIET | Unsecured | 2.30 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 143.00 | 143.34 | 143.34 | 143.34 | 0.00 |
| BANK OF AMERICA NA | Secured | 8,395.00 | 8,286.17 | 8,286.17 | 8,286.17 | 0.00 |
| BANK OF AMERICA NA | Secured | NA | NA | NA | 0.00 | 0.00 |
| BRISTOL WEST INSURANCE | Unsecured | 157.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 759.00 | 765.71 | 765.71 | 765.71 | 0.00 |
| CARDIOLOGY INTERPRETATION II | Unsecured | 2.40 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 50.22 | NA | NA | 0.00 | 0.00 |
| CMK INVESTMENTS | Unsecured | 2,384.00 | 2,505.75 | 2,505.75 | 2,505.75 | 0.00 |
| COLLECTION | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS | Unsecured | 463.00 | NA | NA | 0.00 | 0.00 |
| CORPORATE AMERICA FAMILY CU | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| CORPORATE AMERICA FAMILY CU | Unsecured | 1,500.00 | 2,036.05 | 2,036.05 | 2,036.05 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 429.60 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 227.72 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Unsecured | 594.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 1,300.69 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | 333.00 | 332.81 | 332.81 | 332.81 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |
| EDWARD HOSPITAL | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| ENT SURGICAL CONSULTANTS | Unsecured | 416.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| JOHN P FRYE | Unsecured | 1,878.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JOLIET RADIOLOGY | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 231.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| OAKBROOK ENDODONTIC ASSOC | Unsecured | 287.00 | 186.70 | 186.70 | 186.70 | 0.00 |
| OSI COLLECTION SERVICES | Unsecured | 159.19 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF ILLINOIS | Unsecured | 1,300.00 | 2,036.38 | 2,036.38 | 2,036.38 | 0.00 |
| PFG OF MINNESOTA | Unsecured | 76.16 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 5,610.51 | 5,610.51 | 5,610.51 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 92.00 | 92.00 | 92.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Secured | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 447.26 |
| PROFESSIONAL ACCOUNTS MANAGE | Unsecured | 121.59 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH MEDICAL CTR | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE | Unsecured | NA | 408.69 | 408.69 | 408.69 | 0.00 |
| REGIONAL ACCEPTANCE | Secured | 21,274.00 | 21,274.00 | 21,274.00 | 21,274.00 | 3,774.29 |
| ST JOSEPH HOSPITAL | Unsecured | 426.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $8,286.17 | $8,286.17 | $0.00 |
| Debt Secured by Vehicle | $23,774.00 | $23,774.00 | $4,221.55 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$32,060.17** | **$32,060.17** | **$4,221.55** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$14,117.94** | **$14,117.94** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,531.51 |
| Disbursements to Creditors | $50,399.66 |
| **TOTAL DISBURSEMENTS:** | **$55,931.17** |

**UST Form 101-13-FR-S (9/1/2009)**

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/08/2013                    By: /s/ Glenn Stearns
                                                      Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**